# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Milazzo, Jane T. | United States District Court, Eastern District of Louisiana | 07/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

500 Poydras Street, Room C-206
New Orleans, Louisiana 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | MJ Holding Company |
| 2. | Secretary / Treasurer | Property Owners Association of Lake Verret Park Estates |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2008 | Interest in one outstanding personal injury claim, no control |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Louisiana Association of Defense Counsel | $1,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | 2012 | Campus Federal Credit Union, wages |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. St. Tammany Parish Wide Sch LA Bonds | A | Interest | J | T | | | | | |
| 2. Webster Parish LA Sch Dist 6 Bonds | A | Interest | J | T | | | | | |
| 3. E. I. du Pont de Nemours & Co. Stock | A | Dividend | K | T | | | | | |
| 4. General Electric Stock | B | Dividend | K | T | | | | | |
| 5. Google, Inc. Stock | | None | K | T | | | | | |
| 6. Driehaus Mut Fd Emerg Mkt Gro | A | Dividend | K | T | | | | | |
| 7. Royce Opportunity Fund | A | Dividend | L | T | | | | | |
| 8. Schwab Cap Tr Lauds Int MkMaster | B | Dividend | L | T | | | | | |
| 9. T Rowe MIdcap Equity Growth FD #16 | A | Dividend | L | T | | | | | |
| 10. Vanguard Index Fd Sml Cp Grw Inv | A | Dividend | L | T | | | | | |
| 11. SPDR S&P 500 Trust | A | Dividend | K | T | | | | | |
| 12. Capital One Stock | A | Dividend | J | T | | | | | |
| 13. Wells REIT II | A | Dividend | J | W | | | | | |
| 14. Wells REIT II | B | Dividend | K | W | | | | | |
| 15. MetLife Mod/Agg Allocation Portfolio | | None | N | T | | | | | |
| 16. MetLife Universal Life Cash Surrender Value | | None | J | T | | | | | |
| 17. FMT/DFA Real Estate Securities | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FMT/DFA International Real Estate | | None | K | T | | | | | |
| 19. FMT/DFA Commodity Strategy Portfolio | | None | L | T | | | | | |
| 20. FMT/DFA US Large Cap Value | | None | L | T | | | | | |
| 21. FMT/DFA International Value | | None | L | T | | | | | |
| 22. FMT/DFA International Small Cap Value | | None | L | T | | | | | |
| 23. FMT/DFA Emerging Markets Value | | None | L | T | | | | | |
| 24. FMT International Value Opportunities (Tradewinds) | | None | L | T | | | | | |
| 25. FMT/DFA Emerging Markets Small-Cap | | None | L | T | | | | | |
| 26. Campus Federal Credit Union Defined Comp 457 Plan cash accou | | None | J | T | | | | | |
| 27. American Century Global R/E Fund Inv Shares | A | Dividend | | | Sold | 9/20/12 | K | | |
| 28. Calamos Evolving World Growth Fund Class A | | None | | | Sold | 9/20/12 | K | | |
| 29. Nuveen Tradewinds Int'l Value FD CLS AM | A | Dividend | | | Sold | 9/20/12 | K | | |
| 30. Nuveen Tradewinds Emerging Mkts Fund Class A M/F | A | Dividend | | | Sold | 9/20/12 | J | | |
| 31. Pimco Pathfinder Fund Class A M/F | A | Dividend | | | Sold | 9/20/12 | K | | |
| 32. Pioneer Fundamental Value Fund Class A M/F | A | Dividend | | | Sold | 9/20/12 | J | | |
| 33. Templeton Emerging Mks Small Cap Fund Class A M/F | | None | | | Sold | 9/20/12 | J | | |
| 34. Van Eck CM Commodity Index Fund Class A M/F | | None | | | Sold | 9/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ING Fixed Account | A | Int./Div. | K | T | | | | | |
| 36. Campus Federal Credit Union Cash Accounts | A | Interest | L | T | | | | | |
| 37. Edward Jones Money Market Cash Account | | None | J | T | | | | | |
| 38. UBS Cash Account | A | Interest | L | T | | | | | |
| 39. PIF Temp Dollar Fund #20 | A | Interest | K | T | | | | | |
| 40. SPDR S&P ETF Trust | A | Dividend | K | T | | | | | |
| 41. Amazon Company, Inc. | | None | J | T | | | | | |
| 42. Arthur Gallagher & Co. | A | Dividend | J | T | | | | | |
| 43. Chevron Corporation | A | Dividend | J | T | | | | | |
| 44. Medtronic, Inc. | A | Dividend | J | T | | | | | |
| 45. MJ Holding Company, see assets below (H) | | None | | | | | | | |
| 46. Property number 1, Napoleonville, LA | | None | L | W | | | | | |
| 47. Property number 2, Napoleonville, LA | | None | J | W | | | | | |
| 48. Property number 3, Napoleonville, LA | A | Rent | K | W | | | | | |
| 49. Property number 4, Napoleonville, LA | | None | K | W | | | | | |
| 50. Property number 5, Napoleonville, LA | | None | J | W | | | | | |
| 51. AirTap Communications, LLC | | None | J | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Multicomm Investments, LLC | | None | K | U | | | | | |
| 53.  Edward Jones Money Market Account (X) | A | Interest | N | T | | | | | |
| 54.  America Movil S A DE C V Adr L (X) | | None | J | T | Buy | 08/08/12 | J | | |
| 55.  AT&T, Inc. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 56.  Capital One Financial Corp (X) | A | Dividend | K | T | Buy | 08/08/12 | K | | |
| 57.  Caterpillar, Inc. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 58.  Chevron Corp. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 59.  Gatx Corp (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 60.  GlaxoSmithKline PLC Spons Adr (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 61.  Home Depot, Inc. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 62.  McDonalds Corp (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 63.  Merck & Co, Inc New (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 64.  Pepco Holdings, Inc. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 65.  Proctor & Gamble Co (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 66.  Shaw Group, Inc. (X) | | None | J | T | Buy | 08/08/12 | J | | |
| 67.  Southwest Airlines Co (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 68.  Texas Instruments, Inc. (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Verizon Communications (X) | A | Dividend | J | T | Buy | 08/08/12 | J | | |
| 70. Allstate Corp (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 71. Archer Daniels Midland Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 72. Comcast Corp CL A (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 73. Ford Motor Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 74. Arthur J Gallagher & Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 75. General Electric Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 76. Hancock Holding Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 77. IBM (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 78. JPMorgan Chase & Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 79. Pepsico Inc (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 80. Rockwell Automation Inc (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 81. Tredegar Industries Inc (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 82. UBS Ag New (X) | | None | J | T | Buy | 08/03/12 | J | | |
| 83. Wal-Mart Stores, Inc (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 84. Walt Disney Co (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |
| 85. Yum Brands, Inc (X) | A | Dividend | J | T | Buy | 08/03/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Louisiana's 529 College Savings Program - The START Saving Program (Y) | A | Int./Div. | J | T | | | | | |
| 87. | Barclays Bk PLC IPath DOw Jones AIG Commodity | | None | J | T | Buy | 9/21/12 | J | | |
| 88. | Ishares MSCI EAFE Value Index Fund | A | Int./Div. | K | T | Buy | 9/21/12 | K | | |
| 89. | SPDR Global Real Estate ETF | | None | J | T | Buy | 9/21/12 | J | | |
| 90. | SPDR Emerging Small Cap | | None | J | T | Buy | 9/21/12 | J | | |
| 91. | Vanguard Value ETF MSCI US Prime Market | A | Int./Div. | K | T | Buy | 9/21/12 | K | | |
| 92. | Vanguard Total World Stock ETF | A | Int./Div. | K | T | Buy | 9/21/12 | K | | |
| 93. | Vanguard MSCI Emerging Markets ETF | A | Int./Div. | K | T | Buy | 9/21/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Milazzo, Jane T. | 07/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part 1

As a partner in MJ Holding Company, I do have the ability to direct or influence policy decisions which affect the purchase, exchange, sale or disposition of the specific assets within this partnership; therefore, I have identified the assets of the partnership in Section 7, numbers 45 - 50.

In 2012, I did serve as Secretary / Treasurer of Lake Verret Park Estates, Inc., the property association for community       . In that capacity, I have collected dues and paid bills associated with the neighborhood.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jane T. Milazzo**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544